1  Wajda Law Group, APC
2  Nicholas M. Wajda (State Bar No. 259178)
   6167 Bristol Parkway, Suite 200
3  Culver City, CA 90230
   Telephone: (310) 997-0471
4  Facsimile: (866) 286-8433
   Email: nick@wajdalawgroup.com
5  *Attorney for Plaintiff*

6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | CHAFEN L. SUTTLE, | Case No. 2:20-cv-04140-CBM-JEM |
11 | Plaintiff, | **CERTFICATE OF SERVICE** |
12 | v. | Complaint Filed: May 6, 2020 |
13 | CROSS RIVER BANK; NEW CREDIT AMERICA LLC and TRANS UNION LLC, | |
15 | Defendant. | |

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

CHAFEN L. SUTTLE,

*Plaintiff(s)*

v.

CROSS RIVER BANK; NEW CREDIT AMERICA LLC and TRANS UNION LLC,

*Defendant(s)*

Civil Action No. 2:20-cv-04140 -CBM (JEMx)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Cross River Bank
400 Kelby Street, 14th Floor
Fort Lee, New Jersey 07024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*



Date: 05/07/2020

*Signature of Clerk or Deputy Clerk*

SERVED

Client Ref.:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---

Chafen L. Suttle

                                Plaintiff

vs

Cross River Bank, et al

                                Defendant

---

Civil Number: 2:20-cv-04140-CBM (JEMx)
Filed On:

State of New Jersey:
Bergen County ss:

I Jake Callahan, being duly sworn according to law upon my oath, depose and say: Deponent is not a party to this action, has no direct personal interest in this litigation, is over eighteen years of age and resides in the State of New Jersey.

That on 5/13/2020 at 12:45 PM., at 400 Kelby Street, 14th Floor, Fort Lee, NJ 07024
Deponent served the within Summons in a Civil Action, Complaint for Damages; 1. Violation of the Fair Credit Reporting Act, 15 U.S.C. 1681 ET SEQ; Jury Trial Demand, Standing Order and Certification and Notice of Interested Parties (Local Rule 7.1-1)

On **Cross River Bank**

**BANKING INSTITUTION**: By delivering thereat a true copy of each to **William Robbins** personally, deponent knew said Banking Institution so served to be the Banking Institution described in the legal documents and knew **William Robbins** to be **Authorized Agent** thereof.

**DESCRIPTION**: **William Robbins** is described to the best of deponent's ability at the time and the circumstances of service as follows: Gender: **Male** Race/Skin: **White** Hair: **Balding** Age: **40 - 49 Yrs** Height: **6ft0in - 6ft3in** Weight: **200 - 224 Lbs**. Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Subscribed and Sworn to before me on May 15, 2020



DONNA JEAN ARCIUOLO (2105512)
Notary Public of New Jersey
My Commission Expires November 30, 2022

X /s/ Jake Callahan
**JAKE CALLAHAN**, Process Server
Job # 202083
R.O.S. Consulting, Inc.
23900 W. Industrial Drive, Suite 3 Plainfield, IL 60585
(815) 370-5866

CALLAHAN LAWYERS SERVICE, 90 MAIN STREET, SUITE 204, HACKENSACK, NJ 07601